FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT by A PRISONER
CIVIL RIGHT ACT. 42 U.S.C

NAME  WEAVER      WILLIE
      (LAST)      (FIRST)    (INITIAL)

PRISONER NUMBER    J-91389

INSTITUTIONAL ADDRESS PELICAN BAY
STATE PRISON P.O BOX 7000 CRESCENT
CITY CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME
OF PLAINTIFF IN THIS ACTION)

CASE NO. CV 08 0960 JW (PR)
(TO BE PROVIDED by
THE CLERK OF COURT)

VS.

LEGAL LAW LIBRARY
SECURITY P.S.U
SECOND WATCH

(ENTER THE FULL NAME OF
DEFENDANT(S) IN THIS ACTION)

COMPLAINT UNDER
THE CIVIL RIGHT ACT
42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR
YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMIN-
ISTRATIVE REMEDIES BEFORE CLAIM CAN
GO FORWARD, THE COURT WILL DISMISS
ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.U

B. IS THERE A GRIEVANCE PROCEDURE
IN THIS INSTITUTION? YES (✓)
NO ( )

C. DID YOU PRESENT THE FACTS IN
YOUR COMPLAINT FOR REVIEW THROUGH
THE GRIEVANCE PROCEDURE? YES (✓) NO ( )

COMPLAINT        -1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO ( )

F. IF YOU did NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON, P.O. BOX 7000 CRESCENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT. PELICAN BAY STATE PRISON SHU LEGAL LAW LIbrary SECURITY P.S.U SECOND WATCH

COMPLAINT        - 2 -

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ONCE AGAIN PLAINTIFF IS P.L.U STATUS THE LAST WEEK OF JANUARY 01/28/08 PLAINTIFF WAS ON P.L.U STATUS HE WAS DENIED ACESS TO LEGAL LAW LIBRARY WITH VERFIED COURT DEADLINES. PLAINTIFF 1, 8, 9, 14 AMENDMENT RIGHTS HAS BEEN VIOLATED DEFENDANT(S) SHOWED DILIBERATE INDIFFRENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNSUAL PUNISHMENT ON 01/28/08

IV. RELIEF.

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS CITE NO CASES OR STATUTES

LIABILITY DAMAGES: 25.000 TWENTY FIVE THOUSAND DOLLARS DUE TO: HARRASSMENT, CONSPIRACY, THREATING U.S. CONSTITUTION VIOLATION, PENAL CODE VIOLATION

PUNITIVE DAMAGES: 25.000 TWENTY FIVE THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT, SIGNED THIS ___02___ DAY OF ___01___ 2008

COMPLAINT                -3-

Case No. 06-56286
D.C. NO CV-06-01202-AHS

8. Do you have any other cases pending in this court? If so, give the name and docket number of each case.

1. No 06-16835
   CASE NO. CV-05-00977-JW

2. No 06-16834
   CASE NO - CV-06-01599-JW

3. No 06-16893
   CASE NO CV-06-01213-JW

9. Have you filed any previous cases which have been decided by this court? If so, give the name and docket number of each case.

1. CASE NO 05-56580 D.C. NO 02 05-CV-00543 WEAVER V. SGT GORY C/O CRhuck FIELD

2. CASE NO. 155267
   D.C. NO CV-05-00166

10. For prisoners, did you exhaust all administrative remedies for each claim prior to filling your complaint in the district court? YES

10/31/06
DATE

Willie Weaver
SIGNATURE

CALIFORNIA CORRECTIONAL INSTITUTION P.O. BOX 1906
ADDRESS TEhachapi, CA 93581