COPY 1 OF 2

**FILED**
08 MAY 27 PM 2:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05/21/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON  P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
           PLAINTIFF,
   VS.
LEGAL LAW LIBRARY
           DEFENDANT(S)

CASE NO. CV-08-00960 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HERE BY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 04/24/08.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
       PLAINTIFF,

VS.

LEGAL LAW LIBRARY,

       DEFENDANT(S).

CASE NO. CV-08-00960 JW (PRJ)

PROOF OF SERVICE

I hereby CERTIFY THAT ON: 05/21/08, I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION NOTICE OF APPEAL

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREIN AFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531,

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



P.S.U. UNIT B-2
PELICAN BAY

CASE NO. CV-08-0
JW (PR)
IN THE UNITED
DISTRICT COURT
NORTHERN DISTR
CALIFORNIA 450
GOLDEN GATE AVENUE
SAN FRANCISCO

CONFIDENTIAL
LEGAL MAIL
941023661