UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 17, 2008

**CASE INFORMATION:**
Short Case Title:  <u>WILLIE WEAVER</u>-v- <u>LEGAL LAW LIBRARY</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose, Division Judge James Ware</u>
Criminal and/or Civil Case No.: <u>CV 08-00960 JW</u>
Date Complaint/Indictment/Petition Filed: <u>2/15/08</u>
Date Appealed order/judgment *entered* <u>4/25/08</u>
Date NOA *filed* <u>5/27/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)          ☐ denied in full (send record)
                          ☐ granted in part (attach order)           ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                              Date Docket Fee Billed: <u>6/17/08</u>
Date FP granted:                                    Date FP denied:
Is FP pending? ☐ yes  ☐ no                          Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                 Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000
PRO SE
☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                       Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>